UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-CIV-62208-SCOLA/VALLE

ALTEMISE YACINTHE,

      Plaintiff,

v.

PACIFICA LAUDERHILL, LLC,
a Florida company, and
PACIFICA LAUDERHILL MEMBER, LLC,
a Delaware company, DEEPAK ISRANI, an individual,

      Defendants.
_____/

**MEDIATOR'S REPORT**

    Neil Flaxman, Esq., the undersigned certified Mediator reports to this Honorable Court as follows:

    Plaintiff's counsel advised the undersigned Mediator that the case has been settled. Accordingly, the mediation did not go forward.

    Dated this 8th day of August, 2022

                Respectfully submitted,
                **Neil Flaxman, Esq.**
                Florida Supreme Court Certified Circuit & Appellate Mediator
                L.R. 16.2 Certified Dist. Ct. Mediator (S.D. Fla.)
                L.R. 4.02 Certified Dist. Ct. Mediator (M.D. Fla.)
                Brickell City Tower, Suite 3100
                80 Southwest 8th Street
                Miami, Florida 33130
                Tel: 305-810-2786- Fax: 305-810-2824
                E-mail: neil@flaxmanmediations.com

                By:    *s/ Neil Flaxman*
                          Neil Flaxman, Esq.
                          Fla. Bar No. 025299