### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

ALTEMISE YACINTHE,                                          CASE NO. 0:21-CV-62208-RNS

Plaintiff,

vs.

PACIFICA SENIOR LIVING LLC,

Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, ALTEMISE YACINTHE, ("Plaintiff") and Defendant, PACIFICA SENIOR

LIVING LLC ("Defendant") (collectively referred to as the "Parties"), have amicably resolved

all issues and hereby jointly stipulate to the dismissal of this action with prejudice. The Parties

further agree that each party shall bear his/its own attorney's fees and cost in connection with

this action, except as agreed upon by the Parties.

According, the Parties respectfully request that this Honorable Court enter an Order

dismissing this action *with prejudice*, with each party to be responsible for payment of their

attorney's fees and cost, except as otherwise agreed upon by the Parties.

Respectfully submitted,

*/s/: Elvis J. Adan*
Elvis J. Adan, Esq.
Florida Bar No. 24223
Gallardo Law Office
8492 SW 8th Street
Miami, FL 33144
Telephone: 305-261-7000
Facsimile: 305-261-0088
Email: elvis.adan@gallardolawyers.com