UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 21-cv-62208-RNS

ALTEMISE YACINTHE,

 Plaintiff,

v.

PACIFICA LAUDERHILL LLC.,
a Florida company and PACIFICA
LAUDERHILL MEMBER LLC., a
Delaware company.

 Defendants.

_____/

## 2ND AMENDED JOINT MOTION FOR APPROVAL OF SETTLEMENT

Plaintiff, ALTEMISE YACINTHE, and Defendants PACIFICA LAUDERHILL LLC and

PACIFICA LAUDERHILL MEMBER LLC, by and through their undersigned counsel, hereby

file this Joint Motion for Approval of Settlement, which is attached hereto as Exhibit "A". This

litigation was a claim for unpaid overtime and retaliatory termination in violation of the FLSA.

The case settled for $8,000.00 out of which the Plaintiff will pay $3,000.00 in attorney's fees and

$105.00 in costs, netting the Plaintiff $4,895.00.

The Parties respectfully submit that the proposed settlement is fair and reasonable, and

satisfies the criteria for approval under § 216(b) of the FLSA. The agreement was achieved during

extended negotiations between the Parties, conducted by experienced counsel. This case involves

contested issues of both liability and amount of damages.  Plaintiff asserts she is entitled to unpaid

overtime and that he was discharged in violation of the FLSA. The Parties request approval of their Settlement Agreement to ensure its enforceability pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).  The Parties agree that their Settlement Agreement is a fair and reasonable resolution of a bona fide dispute over wage and hour claims, including the potential of claims arising under the FLSA and settlement of those claims under the FLSA.  For the foregoing reasons, the Parties respectfully request that the Court approve the Parties' Settlement Agreement so that Plaintiff may dismiss this case as specified in the Court's Order.

## CONCLUSION

The Parties respectfully request that the Court enter an Order approving the terms of the Parties' Settlement Agreement.

Respectfully submitted this 11th day of October, 2022.

/s/Elvis J. Adan _____
Elvis J. Adan, Esq.
Gallardo Law Firm
8492 SW 8th Street
Miami, Florida 33144
(305) 261-7000
Counsel for Plaintiff

/s/Andrew Simon ___
Andrew Simon, Esq.
Cole, Scott and Kissane, P.A.
9150 S. Dadeland Blvd., Ste. 1400
PO Box 596015
(786) 268-6415
Counsel for Defendants