United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Altemise Yacinthe, Plaintiff, | )<br>) |
| v. | )<br>) Civil Action No. 21-62208-Civ-Scola<br>) |
| Pacifica Lauderhill LLC and others,<br>Defendants. | )<br>) |

**Order Approving FLSA Settlement and Dismissing Action**

  The parties to this FLSA action have asked the Court to approve their settlement agreement and to dismiss the case. (ECF No. 56.) Having reviewed the record, the relevant legal authorities, the settlement agreement (ECF No. 56-1) and the Plaintiff's attorney's delineation of fees and costs, the Court finds the settlement agreement fair and reasonable.

  The Court **grants** the parties' motion for approval of the settlement agreement (**ECF No. 56**), **dismisses** this action with prejudice, and directs the Clerk to **close** this case. All pending motions are **denied** as moot.

  **Done and ordered** in Miami, Florida, on October 11, 2022.

                _____
                Robert N. Scola, Jr.
                United States District Judge